**UNITED STATES of America, Plaintiff–Appellee,**

v.

**John L. YATES, Defendant–Appellant.**

No. 11–16093.

United States Court of Appeals, Eleventh Circuit.

June 10, 2015.

Patricia D. Barksdale, U.S. Attorney's Office, Jacksonville, FL, Linda Julin McNamara, U.S. Attorney's Office, Robert E. O'Neill, Tampa, FL, Tama Caldarone, Jeffrey F. Michelland, Douglas Molloy, U.S. Attorney's Office, Fort Myers, FL, for Plaintiff–Appellee.

John Leonard Badalamenti, Federal Public Defender's Office, Tampa, FL, Martin Derovanesian, Federal Public Defender, Federal Public Defender's Office, Fort Myers, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before JORDAN, DUBINA, and BALDOCK,* Circuit Judges.

**ON REMAND FROM THE UNITED STATES SUPREME COURT**

PER CURIAM:

In light of the Supreme Court's judgment in *Yates v. United States,* —— U.S. ——, 135 S.Ct. 1074, 191 L.Ed.2d 64 (2015), we vacate John Yates's convictions under 18 U.S.C. § 1519 and affirm Mr. Yates's conviction under 18 U.S.C. § 2232. We reinstate all but Part IV.B of our prior opinion, reported at 733 F.3d 1059 (11th Cir.2013), and remand this case to the district court for further proceedings consistent with the Supreme Court's opinion.

AFFIRMED in part, VACATED and REMANDED, in part.